IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LLEWELLYN K. WAILEHUA, JR., ) | No. CV-F-01-5627 REC/LJO P |
| ) | |
| ) | ORDER DENYING PLAINTIFF'S |
| ) | REQUEST FOR RECONSIDERATION |
| Plaintiff, ) | (Doc. 66) |
| ) | |
| vs. ) | |
| ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| et al., ) | |
| ) | |
| ) | |
| Defendant. ) | |
| ) | |

The court hereby denies plaintiff's Request for Reconsideration of the court's Order denying plaintiff's motion for preliminary injunctive relief. The court concludes that plaintiff has not stated grounds for reconsideration of the denial of his request for preliminary injunction.

IT IS SO ORDERED.

**Dated: September 28, 2005**          /s/ Robert E. Coyle
668554                                   UNITED STATES DISTRICT JUDGE

1